THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. J. FRANK LILLY, Appellant.

*Appeal — failure to file papers and bring appeal on for argument — motion to dismiss granted.*

People v. *Lilly*, 217 App. Div. 732, appeal dismissed.
(Submitted May 2, 1927; decided May 10, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1926, which affirmed a judgment of the Court of General Sessions in the county of New York, rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

The motion was made upon the ground of failure to file the printed papers on appeal and bring the case on for argument.

*Joab H. Banton, District Attorney (William B. Moore* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

INTERNATIONAL MILK Co., INC., Respondent, v. ISAAC COHEN et al., Copartners under the Firm Name of I. COHEN & SONS, Appellants.

*Appeal — order of Appellate Division affirming order granting summary judgment — appeal to Court of Appeals without permission dismissed.*

*International Milk Co., Inc.,* v. *Cohen,* 219 App. Div. 308, appeal dismissed.
(Submitted May 2, 1927; decided May 10, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 28, 1927, which affirmed an order of Kings County Court granting plaintiff's motion for summary judgment.

The motion was made upon the ground that permission

to appeal had not been obtained and of failure to file the return and printed papers on appeal.

*John D. Beals, Jr.,* for motion.

*Louis Horowitz* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

HARVEY A. DWIGHT et al., Appellants, *v.* BERTRAM H. FANCHER et al., as Executors of EMILY A. WATSON, Deceased, et al., Respondents.

(Submitted May 2, 1927; decided May 10, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 71.)

---

In the Matter of the Application of GEORGE GARDNER, as Administrator of the Estate of ELIZABETH M. GARDNER, Deceased, Respondent, for a Judicial Construction of the Will of BLANCHE A. THOMPSON, Deceased.

FRIENDSHIP HALL VACATION HOME, INC., et al., Appellants; FARMERS' LOAN AND TRUST COMPANY, as Executor of BLANCHE A. THOMPSON, Deceased, et al., Respondent.

*Will — trust — exercise of power of appointment — construction of will to determine whether there was a direct bequest of fund or whether it became part of residuary estate.*

*Matter of Thompson,* 218 App. Div. 130, affirmed.

(Argued May 2, 1927; decided May 17, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1926, which modified and affirmed as modified a decree of the New York County Surrogate's Court construing the will of Blanche A. Thompson, deceased. The property left by testatrix at the time of her death was insufficient after the payment of her debts, the